COMMONWEALTH of Pennsylvania, Appellant,

v.

Landon TATE, Jr., Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Mark D. Waitlevertch, Meadville, Debra S. Higgins, Paoli, Paula C. DiGiacomo, for Com.

Bruce A. Barrett, Meadville, for Landon Tate, Jr.

Karl Baker, Philadelphia, for Amicus Curiae (Tate).

Gary Neil Asteak, Easton, for Amicus-Defender Ass'n.

Stefan Presser, Philadelphia, for ACLU.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Crawford County Court of Common Pleas dated October 22, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

Dorothea MURRAY, Executrix of the Estate of Perry Murray, Deceased, Appellant,

v.

HAMOT MEDICAL CENTER OF THE CITY OF ERIE, a Corporation and Community Blood Bank of Erie County, a Corporation.

Supreme Court of Pennsylvania.

Sept. 8, 1999.

Jay N. Silberblatt, Pittsburgh, for Dorothea Murray.

John W. Beatty, Erie, for Community Blood Bank.

Jason A. Archinaco, Pittsburgh, for Hamot.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice CAPPY dissents and would reach the merits of the case.